

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| SALVADOR GARCIA, | § | No. 08-19-00176-CR |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| THE STATE OF TEXAS, | § | of Pecos County, Texas |
| State. | § | (TC# 3539) |
| | § | |

**O RDER**

The Court GRANTS the Court Reporter's fourth request for an extension of time within which to file the Reporter's Record until **November 18, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Corina E. Lozano, Official Court Reporter for the 112th District Court, for Pecos County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before November 18, 2019.

IT IS SO ORDERED this 18th day of October 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.